**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff<br><br>vs.<br><br>CHARLENE NICHOLS<br><br>            Defendant | CIVIL NO. 11-06924 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser............................................ $37,000.00

Amount of cash received................................................................$37,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2011A75961/PRE............................................$37,000.00

                                                  KML Law Group, P.C.

                                                  By: _____
                                                  Rebecca A. Solarz, Esquire
                                                  Pennsylvania Attorney I.D. No. 315936
                                                  Suite 5000 – BNY Independence Center
                                                  701 Market Street
                                                  Philadelphia, PA  19106-1532
                                                  (215) 825-6327